1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar #13644
3  BIANCA R. PUCCI
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Bianca.Pucci@usdoj.gov
6  *Attorneys for the United States of America*

7              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
8

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH TUMBLR ACCOUNT WITH:<br><br>Email: cptkiwi25@gmail.com<br>User Name: nopictoobad-blog<br>Url: nopictoobad-blog.tumblr.com<br><br>THAT IS HEADQUARTERED AT:<br>Tumblr Inc. c/o C T Corporation System<br>28 Liberty Street New York, NY 10005 | Case No. 2:20-mj-00870-VCF<br><br>**Government's Motion to Unseal Case** |
|---|---|

   The United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, respectfully moves this Honorable Court for an Order to Unseal the instant case, specifically the Search Warrant and all related documents, in anticipation of producing the same as discovery in Case No. 2:20-cr-308-JAD-DJA.

   **DATED** this 13th day of November 2020.

                                   Respectfully submitted,

                                   NICHOLAS A. TRUTANICH
                                   United States Attorney

                                   /s/ Bianca R. Pucci
                                   Bianca R. Pucci
                                   Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH TUMBLR ACCOUNT WITH:<br><br>Email: cptkiwi25@gmail.com<br>User Name: nopictoobad-blog<br>Url: nopictoobad-blog.tumblr.com<br><br>THAT IS HEADQUARTERED AT:<br>Tumblr Inc. c/o C T Corporation System<br>28 Liberty Street New York, NY 10005 | Case No. 2:20-mj-00870-VCF<br><br>**Order to Unseal Case** |

Based on the pending Motion of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the instant case shall be unsealed.

DATED this 13th day of November 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2